WILLIAM GLENN v. ROYAL CROWN BOTTLING COMPANY, a dissolved Corporation, et al.,

20 So. (2nd) 59                    June Term, 1944
December 19, 1944                      Division B

*Will O. Murrell* and *John E. Lake,* for appellant.
*Marks, Marks, Holt, Gray & Yates,* for appellees.

PER CURIAM:

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.